UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MELONIE MYERS,**

      **Plaintiff,**

v.                                                    Case No: 5:17-cv-369-Oc-41PRL

**BELLEVIEW VETERINARY**
**HOSPITAL, INC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Notice of Filing Amended FLSA Settlement Agreement ("Joint Motion for Settlement Approval," Doc. 31), wherein the parties ask the Court to approve their Amended Settlement Agreement ("Agreement," Doc. 31-1). United States Magistrate Judge Philip R. Lammens submitted a Report and Recommendation (Doc. 32), recommending that the Court grant the parties' Joint Motion for Settlement Approval. Thereafter, the parties filed a Joint Notice of Non Objection (Doc. 33).

After a *de novo* review of the record, and noting that no objections were filed, the Court agrees with the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval (Doc. 31) is **GRANTED**. The Amended Settlement Agreement (Doc. 31-1) is **APPROVED**.

3. The parties' first Motion to Approve Their Settlement Agreement (Doc. 29) is **DENIED as moot**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record